IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NATE A. LINDELL,

    Plaintiff,

  v.

Case No. 19-cv-626-wmc

SUE NOVAK, SHANNON
SCHMIDTKNECHT, SGT. FOSSHAGE,
C.O. NICK PESAVENTO, and
I.C.E. MICHAEL GLASS,

    Defendants.

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice.

| /s/ | January 25, 2022 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |